IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

**TERESA A. GANE,**

      **Plaintiff,**

v.

**UNITED REFINING COMPANY,**

      **Defendant.**

**PLAINTIFF'S COMPLAINT**

Civil Action No. 1:26-cv-269

**JURY TRIAL DEMANDED**

---

The Plaintiff, by and through her attorneys, Fessenden Laumer and DeAngelo, PLLC, complaining of the Defendant, alleges as follows:

### A.  PARTIES

1. The Plaintiff, Teresa A. Gane, is an individual domiciled at Hamburg New York.

2. The Defendant, United Refining Company, is a business corporation duly formed and existing under the laws of the Commonwealth of Pennsylvania with its principal headquarters located at 15 Bradley Street, Warren, Pennsylvania.

3. The Defendant does business as, among other things, Kwik Fill fuel and convenience stores including the Kwik Fill location at 626 NY Route 5 in Irving, New York.

### B.  JURISDICTION

4. The Court has jurisdiction over the lawsuit under 28 USC § 1332 (a) (1) because the Plaintiff and the Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

### C.  FACTS

5. This lawsuit results from an injury to the Plaintiff on August 10, 2024, at the Kwik Fill convenience store located at 626 NY Route 5 in Irving, New York.  The Plaintiff was leaning into a cooler when an improperly positioned large pack of beer or other beverage fell off a shelf above her and crashed onto the top of her head.  As a result, the Plaintiff suffered serious and permanent physical injuries, including but not limited to a concussion and cervical spinal cord injuries requiring surgical intervention.

### D.  COUNT 1 - NEGLIGENCE

6. At the time of the incident, the Defendant was the owner and operator of the Kwik Fill convenience store located at 626 NY Route 5, Irving, New York.  The Defendant had a duty to exercise ordinary care and maintain the premises in a reasonably safe condition.  Defendant breached that duty in one or more of the following ways:

   a. Failure to safely and properly stock merchandise in coolers that are accessed by customers;

   b. Failure to properly train employees on proper procedures and methods of stocking merchandise;

   c. Failure to adequately supervise employees;

### E.  DAMAGES

7. As a direct and proximate result of the Defendant's negligence, the Plaintiff suffered the following injuries and damages:

   a. Significant cervical left paracentral disc extrusion at C6-7;

   b. Severe central canal stenosis;

    c.    Large cervical disc fragment extruded causing severe cord compression bilaterally, much worse on the left;

    d.    Aggravation of prior lumbar spinal pain;

    e.    Physical pain and mental anguish, both past and future;

    f.    Disfigurement due to surgical scarring;

    g.    Physical impairment, both past and future; and

    h.    Medical expenses, past and future.

### F. PLAINTIFF'S DEMAND FOR JURY TRIAL

8. Plaintiff asserts her rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedures 38, a trial by jury of all issues.

### G. PRAYER

9. For the above reasons, Plaintiff demands judgment against the Defendant for actual damages in the amount of $750,000.00, plus pre-judgment and post-judgment interest, the costs and disbursements of this action, and such other and further relief as the Court deems just and proper.

Dated: Jamestown, New York
       February 11, 2026

*/s/ Mary B. Schiller*
Mary B. Schiller, Esq.
FESSENDEN LAUMER & DeANGELO, PLLC
*Attorneys for Plaintiff*
81 Forest Avenue, P.O. Box 590
Jamestown, New York 14702-0590
Telephone: (716) 484-1010